UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE R. ATHERTON, | Case No. CV 19-10167-CJC (KK) |
| Plaintiff, | |
| v. | JUDGMENT |
| BEVERLY HILLS PUBLIC LIBRARY, ET AL., | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: March 30, 2020

HONORABLE CORMAC J. CARNEY
United States District Judge